423 A.2d 1317

Smykla v. Gill, Appellant.

Argued April 9, 1979.  James P. Gill, appellant, in propria persona;  Carl Gainor, for appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

The order of the lower court is hereby affirmed.